## IN THE UNITED STATES COURT OF APPEALS
## FOR THE THIRD CIRCUIT

| | | |
|---|---|---|
| **THE PUBLIC INTEREST LEGAL FOUNDATION,** | : | |
| | : | |
| | : | |
| **Appellee/Cross-Appellant,** | : | |
| | : | |
| **v.** | : | **Nos. 23-1590 & 23-1591** |
| | : | |
| **AL SCHMIDT, in his official capacity as SECRETARY OF THE COMMONWEALTH OF PENNSYLVANIA, and JONATHAN M. MARKS, DEPUTY SECRETARY FOR ELECTIONS AND COMMISSIONS,** | : | |
| | : | |
| **Appellants/Cross-Appellees.** | : | |

## MOTION FOR ENLARGEMENT OF BRIEFING DEADLINE

Pursuant to Rule 26(b) of the Federal Rules of Appellate Procedure and Local Appellate Rule 31.4, Appellants/Cross-Appellees Al Schmidt, Secretary of the Commonwealth of Pennsylvania, and Jonathan M. Marks, Deputy Secretary for Elections and Commissions of the Pennsylvania Department of State (referred to collectively hereinafter as "Commonwealth"), by and through their undersigned counsel, hereby move for an enlargement of the deadline to file their first-step brief and the joint appendix in the above-captioned matter and, in support thereof, state as follows:

1.     Pursuant to the Cross-Appeal Briefing and Scheduling Order issued on June 28, 2023 (Doc. 22-2), the Commonwealth's first-step brief and the joint appendix are due to be filed and served on or before August 7, 2023.

2.     Additional time is needed to prepare and file the first-step brief both to allow sufficient time to address the numerous issues raised in this appeal and due to various scheduling conflicts, including the undersigned counsel's involvement with and attendance at his son's wedding in Ann Arbor, Michigan, and pre-planned summer vacations involving staff in counsel's office.

3.     Accordingly, the Commonwealth respectfully requests a 30-day enlargement of time until Wednesday, September 6, 2023 to file its first-step brief and the joint appendix.

4.     Granting this request will not unduly delay the disposition of this matter, but instead will facilitate the Court's consideration of the important issues raised in this appeal.

5.     There have been no prior requests for extension of any briefing deadline in this appeal.

6.     Counsel for Appellee/Cross-Appellant The Public Interest Legal Foundation concurs in this request.

WHEREORE, the Commonwealth respectfully requests an enlargement of time until September 6, 2023 to file its first-step brief and the joint appendix.

Respectfully submitted,

/s/ Daniel T. Brier
Daniel T. Brier
Donna A. Walsh

Counsel for Appellants/Cross-Appellees,
Secretary of the Commonwealth Al Schmidt
and Deputy Secretary for Elections and
Commissions Jonathan M. Marks

Myers, Brier & Kelly, LLP
425 Biden Street, Suite 200
Scranton, PA 18503
(570) 342-6100

Dated: July 25, 2023

## CERTIFICATE OF SERVICE

I, Daniel T. Brier, hereby certify that a true and correct copy of the foregoing

Motion for Enlargement of Briefing Deadline was served upon the following counsel

of record via the Court's ECF system on this 25th day of July 2023:

> Kaylan Phillips, Esquire
> Noel H. Johnson, Esquire
> Public Interest Legal Foundation
> 32E Washington Street, Suite 1675
> Indianapolis, IN 46204
>
> Linda A. Kerns, Esquire
> Law Offices of Linda A. Kerns, LLC
> 1420 Locust Street, Suite 200
> Philadelphia, PA 19102

/s/ Daniel T. Brier
Daniel T. Brier