<u>9:30 A.M.</u>
<u>THE ALBERT BRANSON MARIS COURTROOM (19TH FLOOR)</u>

<u>WEDNESDAY, SEPTEMBER 11, 2024</u>

<u>Coram: CHAGARES, Chief Judge, *ROTH and RENDELL, Circuit Judges</u>

<u>*ZOOM CONFERENCE</u>

<u>No. 23-3246</u>

BRANDY S. CUFF,
Appellant
v.
COMMONWEALTH OF PENNSYLVANIA,
DEPARTMENT OF CORRECTIONS

| <u>Counsel for Appellant</u> | <u>Counsel for Appellees</u> |
|---|---|
| JOSHUA J. COCHRAN | HANNAH KOGAN |
| (15 minutes per Court) | (15 minutes per Court) |

---

<u>Nos. 23-1590/23-1591/23-3045</u>

PUBLIC INTEREST LEGAL FOUNDATION
v.
SECRETARY COMMONWEALTH
OF PENNSYLVANIA; et al.

Secretary Commonwealth of Pennsylvania;
Jonathan M. Marks,
Appellants in 23-1590

———

THE PUBLIC INTEREST LEGAL FOUNDATION,
Appellant in 23-1591
v.
SECRETARY COMMONWEALTH
OF PENNSYLVANIA; et al.

Continued…

PAGE TWO – CONTINUED                    WEDNESDAY, SEPTEMBER 11, 2024

Coram: CHAGARES, Chief Judge, *ROTH and RENDELL, Circuit Judges

Nos. 23-1590/23-1591/23-3045 (Continued)

PUBLIC INTEREST LEGAL FOUNDATION
v.
SECRETARY COMMONWEALTH
OF PENNSYLVANIA; et al.

Secretary Commonwealth of Pennsylvania;
Jonathan M. Marks,
Appellants in 23-3045

Counsel for Appellants/                 Counsel for Appellees/
Cross – Appellee                        Cross - Appellant

DONNA A. WALSH                          NOEL H. JOHNSON
                                        [Public Interest Legal Foundation]
                                        (10 minutes per Court)

                                        NOAH BOKAT-LINDELL
                                        [United States of America]
                                        (5 minutes per Court)

(15 minutes per Court)                  (15 minutes Total Court Time)

---

No. 24-1017

JAMES CARLO QUISENBERRY
v.
JON T. RIDGE, Washington County Chief
Probation and Parole Officer; et al.

Counsel for Appellant                   Counsel for Appellee

WAYNE A. ELY                            SARAH E. COBBS

(15 minutes per Court)                  (15 minutes per Court)