IN THE UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

_____

Nos. 23-1590 & 23-1591

PUBLIC INTEREST LEGAL FOUNDATION,

                              Plaintiff-Appellee-
                              Cross-Appellant

v.

SECRETARY OF THE COMMONWEALTH OF PENNSYLVANIA and
JONATHAN M. MARKS, in his official capacity as Deputy Secretary for
Elections and Commissions,

                              Defendants-Appellants-
                              Cross-Appellees

_____

ON APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

_____

UNITED STATES' MOTION FOR WITHDRAWAL OF COUNSEL

_____

The United States respectfully moves, pursuant to Federal Rule of Appellate Procedure 27, to withdraw Tovah R. Calderon as counsel of record in the above-captioned case. Effective February 12, 2025, Ms. Calderon is not working in the Civil Rights Division of the Department of Justice.

The United States will continue to be represented by Noah B. Bokat-Lindell.

        Respectfully submitted,

        KATHLEEN P. WOLFE
         Deputy Assistant
         Attorney General

        s/ Noah B. Bokat-Lindell
        NOAH B. BOKAT-LINDELL
         Attorney
         Department of Justice
         Civil Rights Division
         Appellate Section
         Ben Franklin Station
         P.O. Box 14403
         Washington, D.C.  20044-4403
         (202) 598-0243

# CERTIFICATE OF COMPLIANCE

I certify that the attached motion:

(1) complies with the type-volume limitation of Federal Rule of Appellate Procedure 27(d)(2)(A) because the motion, excluding the parts exempted by Federal Rule of Appellate Procedure 32(f), contains 59 words; and

(2) complies with the typeface and type-style requirements of Federal Rules of Appellate Procedure 27(d)(1)(E) and 32(a)(5)-(6) because it has been prepared using Microsoft Word for Microsoft 365 in 14-point Century Schoolbook font; and

(3) complies with the requirement of Local Rule 31.1(c) that the document has been scanned with Crowdstrike Endpoint Detection and Response Version 7.1.1713.0 and is virus-free according to that program.

s/ Noah B. Bokat-Lindell
NOAH B. BOKAT-LINDELL
 Attorney

Date:  February 14, 2025

## CERTIFICATE OF SERVICE

I certify that on February 14, 2025, I electronically filed the foregoing motion with the Clerk of the Court for the United States Court of Appeals for the Third Circuit by using the appellate CM/ECF system.

I further certify that all participants in this case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

s/ Noah B. Bokat-Lindell<br>
NOAH B. BOKAT-LINDELL<br>
Attorney