IN THE UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

Nos. 23-1590 & 23-1591

PUBLIC INTEREST LEGAL FOUNDATION,

Plaintiff-Appellee-
Cross-Appellant

v.

SECRETARY OF THE COMMONWEALTH OF PENNSYLVANIA and
JONATHAN M. MARKS, in his official capacity as Deputy Secretary for
Elections and Commissions,

Defendants-Appellants-
Cross-Appellees
_____

ON APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
_____

UNITED STATES' MOTION FOR WITHDRAWAL OF COUNSEL
_____

Undersigned counsel respectfully moves, pursuant to Federal Rule

of Appellate Procedure 27, to withdraw as counsel of record for the

United States in the above-captioned case.  Effective June 13, 2025,

undersigned counsel will leave his position with the Department of

Justice.

The United States will continue to be represented by Jason Lee.

Respectfully submitted,

HARMEET K. DHILLON
  Assistant Attorney General

s/ Noah B. Bokat-Lindell
NOAH B. BOKAT-LINDELL
  Attorney
  Department of Justice
  Civil Rights Division
  Appellate Section
  Ben Franklin Station
  P.O. Box 14403
  Washington, D.C.  20044-4403
  (202) 598-0243

## CERTIFICATE OF COMPLIANCE

I certify that the attached motion:

(1)  complies with the type-volume limitation of Federal Rule of Appellate Procedure 27(d)(2)(A) because the motion, excluding the parts exempted by Federal Rule of Appellate Procedure 32(f), contains 54 words; and

(2)  complies with the typeface and type-style requirements of Federal Rules of Appellate Procedure 27(d)(1)(E) and 32(a)(5)-(6) because it has been prepared using Microsoft Word for Microsoft 365 in 14-point Century Schoolbook font; and

(3)  complies with the requirement of Local Rule 31.1(c) that the document has been scanned with Crowdstrike Endpoint Detection and Response Version 7.1.1713.0 and is virus-free according to that program.

s/ Noah B. Bokat-Lindell
NOAH B. BOKAT-LINDELL
 Attorney

Date:  June 12, 2025

# CERTIFICATE OF SERVICE

I certify that on June 12, 2025, I electronically filed the foregoing motion with the Clerk of the Court for the United States Court of Appeals for the Third Circuit by using the appellate CM/ECF system.

I further certify that all participants in this case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

s/ Noah B. Bokat-Lindell
NOAH B. BOKAT-LINDELL
 Attorney
