UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

Nos. 23-1590, 23-1591, & No. 23-3045
_____

PUBLIC INTEREST LEGAL FOUNDATION,
                                        Appellant in 23-1591

v.

SECRETARY COMMONWEALTH OF PENNSYLVANIA;
JONATHAN M. MARKS, in his official capacity as
Deputy Secretary for Elections and Commissions;
BUREAU OF COMMISSIONS ELECTIONS & LEGISLATION

Secretary Commonwealth of Pennsylvania;
Jonathan M. Marks,
                        Appellants in 23-1590 & 23-3045

_____

(M.D. Pa. No. 1:19-cv-00622)
_____

SUR PETITION FOR REHEARING
_____

Present: CHAGARES, <u>Chief Judge</u>, HARDIMAN, SHWARTZ, KRAUSE, RESTREPO,
BIBAS, PORTER, MATEY, PHIPPS, FREEMAN, MONTGOMERY-REEVES,
CHUNG, ROTH, RENDELL,[*] <u>Circuit Judges</u>

The Petition for Rehearing filed by Appellee Public Interest Legal Foundation in

the above-entitled case having been submitted to the judges who participated in the

decision of this Court and to all the other available circuit judges of the circuit in regular

_____

[*] Pursuant to Third Circuit I.O.P. 9.5.3., the votes of Judges Roth and Rendell are limited
to panel rehearing only.

active service, and no judge who concurred in the decision having asked for rehearing, and a majority of the judges of the circuit in regular service not having voted for rehearing, the petition for rehearing by the panel and the Court en banc, is denied.

By the Court,

s/ Marjorie O. Rendell
Circuit Judge

Dated: June 30, 2025

Gch/cc: All Counsel of Record